UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY L. SWANIGAN,
BRIAN LEE KELLER, and
SHERI ANOLICK, individually and on
behalf of other similarly situated,

       Plaintiffs,

v.

Case No.: 18-cv-10319
Honorable Gershwin A. Drain

FCA US, LLC, a foreign limited
liability company, and
INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA, ("UAW"),
jointly and severally,

       Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on today's date, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiffs.

Dated at Detroit, Michigan, this 23rd day of August, 2018.

                                        DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: T. Bankston
                                      DEPUTY CLERK

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 23, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk